








```
JAH    10/12/01    16:10
3:98-CR-03556   USA V. FONSECA-CHAVEZ
*303*
*CRMDFT.*
```

DARLENE M. RICKER (#131653)
Ricker & Mercado
433 North Camden Dr., Ste. 600
Beverly Hills, California 90210
Telephone: (310) 288-1875
Facsimile: (310) 288-1871

Attorney for Defendant
ROGELIO OROPEZA

ORIGINAL
FILED
01 OCT 12 AM 8:49
CLERK, U.S.
SOUTHERN DISTRICT
CALIFORNIA
BY: _____

OCT - 5 2001

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO OROPEZA,<br><br>Defendant. | Case No. 98cr-3556-IEG<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF COUNSEL [DARLENE M. RICKER]<br><br>[PROPOSED] ORDER SUBMITTED CONCURRENTLY<br><br>Date: N/A<br>Time: N/A<br>**[No hearing required]** |

Darlene M. Ricker, appointed appellate counsel for Defendant ROGELIO OROPEZA, hereby moves to withdraw as counsel of record in the above-referenced case.

This motion is based upon the attached Declaration of Darlene M. Ricker and all files and records in this case.

DATED: October 4, 2001

Respectfully submitted,

_____
DARLENE RICKER
Attorney for Defendant
Rogelio Oropeza

303

## DECLARATION OF COUNSEL

I, DARLENE M. RICKER, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. I am appointed counsel of record for defendant ROGELIO OROPEZA ("Mr. Oropeza") in the above-captioned case. This declaration is made in support of the attached Motion to Withdraw as Counsel of Record.

3. On June 21, 2001, the Court appointed me to "advise and consult" Rogelio Oropeza with regard to an appeal and to pursue "any appropriate remedies." (*See* attached copy of appointment order.) I believe I have done so to the extent that the Court authorized, as follows:

   (a) I consulted with Mr. Oropeza, both by telephone and through the exchange of four detailed letters, to determine his questions, concerns and objectives with regard to a potential appeal. All such communications were conducted through a Spanish interpreter, whom I engaged at my own expense to ensure that Mr. Oropeza understood the information I imparted to him;

   (b) I obtained several boxes of trial files from Mr. Oropeza's trial counsel, Debra D'Iorio, with whom I discussed the substance of the case and the procedural issue of the notice of appeal not having been filed.

I reviewed the trial files in depth and provided Mr. Oropeza with my opinion regarding the merits of attempting to withdraw his guilty plea, his chances of success at trial, and the potential sentencing ramifications;

(c) I performed extensive legal research relevant to Mr. Oropeza's stated position to determine whether he could proceed at this juncture with a direct appeal. I determined that under controlling Ninth Circuit case law, jurisdiction does not currently exist for Mr. Oropeza to file a notice of appeal because it would be barred as untimely. Rather, if Mr. Oropeza wishes to pursue an appeal, he must file a 2255 motion with this Court, alleging ineffective assistance of counsel for failure to file a timely notice of appeal. Assuming the petition were granted, Mr. Oropeza would then be able to proceed with a direct appeal in the Ninth Circuit; and

(d) I explained the information in paragraph 3(c) above to Mr. Oropeza. I also informed Mr. Oropeza that I had been appointed only to pursue a potential direct appeal for him and have not been authorized to provide habeas corpus representation. Mr. Oropeza stated that he wishes to pursue habeas relief but that he does not understand how to do so. I explained the habeas process to Mr. Oropeza and offered to send him a 2255 form and instructions.

**98cr3556-IEG**

3

4. Therefore, unless the Court wishes to appoint habeas counsel for Mr. Oropeza, I have exhausted all possible legal remedies for him under the existing appointment order. Accordingly, I respectfully request that I be permitted to withdraw as counsel of record on appeal.

5. Should the Court elect to appoint habeas counsel, I am willing to accept such appointment. However, there appears to be a conflict between Mr. Oropeza and me. Mr. Oropeza has expressed dissatisfaction with my services because I am unable to accomplish what he wants: an immediate vacation of his conviction and sentence, and a return to this Court for trial. I attribute much of this conflict to the language barrier between myself and Mr. Oropeza (my Spanish skills are limited to conversational, not legal, applications). Despite my use of a Spanish interpreter, I have still been unable to effectively communicate with Mr. Oropeza. I respectfully suggest that if the Court deems further representation appropriate, counsel fluent in Spanish be obtained for Mr. Oropeza.

6. Therefore, I respectfully request that I be permitted to withdraw as counsel of record for defendant herein.

DATED: October 4, 2000

_____
DARLENE M. RICKER

98cr3556-IEG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. 98cr3556-IEG |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL FOR APPEAL** |
| v. | |
| ROGELIO OROPEZA, | |
| Defendant. | |

On June 20, 2001, District Irma E. Gonzalez issued a minute order relieving attorney Debra DiIorio and referring this case to Magistrate Judge Louisa S. Porter for appointment of appellate counsel to advise and consult Defendant Rogelio Oropeza and to pursue any appropriate remedies. *The Notice of Appeal for this matter has not been filed.* Therefore, IT IS HEREBY ORDERED:

1. **Darlene Ricker, Esq.,** is appointed to represent **Defendant-Appellant Rogelio Oropeza**, Southern District of California case number **98cr3556-IEG**.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, docket sheet, and attached minute order *immediately*. The Clerk of the Court shall mail the above to **Darlene Ricker, Esq., 433 N. Camden Drive, Suite 600, Beverly Hills, CA 90210.** Counsel's telephone number is (310) 288-1875.

///

///

///

98cr3556-IEG

5

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this Order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 6/20/01

LOUISA S. PORTER
United States Magistrate Judge

cc: all parties
Ninth Circuit Court of Appeals
Judge Porter
Wilma Elms
Magistrate Relief
CRD Preparing Vouchers

98cr3556-IEG

6

# PROOF OF SERVICE

*UNITED STATES v. ROGELIO OROPEZA,*
98-cr-3556-IEG

I, Carol Cataldo-Ramirez, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is 433 North Camden Drive, Suite 600, Beverly Hills, California 90210; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by an attorney who is a member of the Bar of the United States District Court for the Southern District of California, and at whose direction I served:

**MOTION TO WITHDRAW AS COUNSEL OF RECORD;**
**DECLARATION OF DARLENE M. RICKER**

on October 4, 2001, following ordinary business practice and that service was completed as follows:

[x] Placed in a sealed envelope for collection and mailing via United States Mail, with sufficient first-class postage attached, and addressed as follows:

**Office of the U.S. Attorney**
**Criminal Division**
**880 Front Street**
**San Diego, CA 92101**

| | |
|---|---|
| **Hon. Louisa S. Porter** | **Rogelio Oropeza-Jauregui** |
| **United States Magistrate Judge** | **# 53911-198** |
| **United States District Court** | **La Paz County Jail (Parker, AZ)** |
| **880 Front Street** | **1111 Arizona Avenue** |
| **San Diego, CA 92101** | **Parker, AZ 85344** |

This proof of service is executed at Beverly Hills, California, on October 4, 2001.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
CAROL CATALDO-RAMIREZ

7

98cr3556-IEG